PEOPLE OF PORTO RICO, Plaintiff and Appellee, v. JUAN RODRÍGUEZ-GONZÁLEZ, Defendant and Appellant.

No. 3157. Argued May 31, 1927.—Decided June 21, 1927.

*B. Esteves* for the appellant. *José E. Figueras* for the appellee.

MR. JUSTICE HUTCHISON delivered the opinion of the court.

Juan Rodríguez González was convicted upon an information charging him with the offense of adulterating milk intended for human consumption. He was 54 years of age at the time of the trial and had never before been charged with the commission of any offense. For a period of twelve years he had delivered his milk to the same retail dealer and it had never before been found to be below the standard prescribed by law. A few days before the taking of the samples, the analysis of which gave rise to the present pros-

ecution, appellant had been injured by an automobile and was unable to make his deliveries in person. The agent employed for this purpose pleaded guilty to the transportation of adulterated milk but denied personal responsibility for the adulteration. The containers in which the milk was carried were not sealed. The fact that the milk was diluted and the denial of the carrier that he had diluted it, can hardly be regarded as sufficient to establish the guilt of defendant beyond a reasonable doubt when considered in connection with the previous record of appellant and the specific offense with which he was charged.

The cases of *People* v. *Gautier,* 20 P.R.R. 311, and *People* v. *Ojeda,* 26 P.R.R. 391, relied upon by the *fiscal* of this court are not in point.

The judgment appealed from must be reversed.

Mr. Justice Wolf concurred.